**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Zachary T. Chrzan (SBN 329159)
22525 Pacific Coast Hwy.
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

**CONKLE, KREMER & ENGEL, PLC**
John A. Conkle (SBN 117849)
j.conkle@conklelaw.com
Amanda R. Washton (SBN 227541)
a.washton@conklelaw.com
3130 Wilshire Blvd., Suite 500
Santa Monica, CA 90403
Tel: (310) 998-9100
Fax: (310) 998-9109

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NAHRA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AXE AND SLEDGE SUPPLEMENTS INC., a Pennsylvania Corporation,<br><br>Defendant. | Case No. 2:22-cv-07897-JFW (JPRx)<br>**CLASS ACTION**<br>Hon. John F. Walter<br>Action Filed: October 28, 2022<br><br><br>**JOINT NOTICE OF SETTLEMENT** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway | Malibu, CA 90265

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

John Nahra ("Plaintiff"), and Axe and Sledge Supplements, Inc. ("Defendant"), (collectively, the "Parties"), notify the Court that they have reached a settlement agreement in principle. While the Parties work to prepare and finalize the settlement agreement, and subsequent voluntary dismissal, they respectfully request the Court vacate all pending deadlines in this matter.

DATED: April 7, 2023                    **CLARKSON LAW FIRM, P.C.**

                                         _/s/ Zachary T. Chrzan_
                                         Zachary T. Chrzan, Esq.
                                         Attorney for Plaintiff John Nahra


DATED:  April 7, 2023                   **CONKLE, KREMER & ENGEL, PLC**

                                         _/s/ John A. Conkle_
                                         John A. Conkle
                                         Attorney for Defendant Axe and Sledge Supplements Inc.

1

JOINT NOTICE OF SETTLEMENT

**L.R. 5-4.3.4 Attestation**

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

DATED: April 7, 2023                    **CLARKSON LAW FIRM, P.C.**

                                        _/s/ Zachary T. Chrzan_
                                        Zachary T. Chrzan, Esq.
                                        Attorney for Plaintiff John Nahra

2

JOINT NOTICE OF SETTLEMENT

Clarkson Law Firm, P.C.   |   22525 Pacific Coast Highway   |   Malibu, CA 90265