UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 22-7897-JFW(JPRx)** | Date: April 10, 2023 |

Title:  John Nahra -v- Axe and Sledge Supplements, Inc.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER OF DISMISSAL

     In the Notice of Settlement filed on April 7, 2023 (Docket No. 25), the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before May 10, 2023. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until May 10, 2023. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

     IT IS SO ORDERED.