JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NAHRA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AXE AND SLEDGE SUPPLEMENTS INC., a Pennsylvania Corporation,<br><br>Defendant. | Case No. 2:22-cv-07897-JFW (JPRx)<br><br>**CLASS ACTION**<br><br>Hon. John F. Walter<br>Action Filed: October 28, 2022<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT this action is dismissed in its entirety and with prejudice as to Plaintiff John Nahra's claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Claims of any putative class members are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: April 26, 2023

_____
Hon. John F. Walter
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -
[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL